IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FLOYD E. MCNEAL,

          Plaintiff,

vs.                                   Case No. 03-4126-SAC

DON MILLER, SOPHIA GEORGE,
U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,
TOPEKA HOUSING AUTHORITY,
et al.,

          Defendants.

## NOTICE OF REMOVAL

The United States of America files this Notice of Removal of the hereinafter mentioned action from the District Court of Shawnee County, Kansas, Case No. 03 C 755, to the United States District Court for the District of Kansas. Pursuant to 28 U.S.C. §1446, the United States alleges and states:

1.      The United States removes this action by authority of the Attorney General of the United States.

2.      The United States has been named as a party defendant in a civil action pending in the District Court of Shawnee County, Kansas, captioned *Floyd E. McNeal v. Don Miller, et al.*, and numbered 03 C 755.

3.      The notice of the above action was given the United States by delivery of a copy of the petition to the United States Attorney for the District of Kansas, Topeka, Kansas, on May 29, 2003.

4.	A copy of the petition delivered to the United States is attached hereto, marked as Exhibit A, and incorporated as a part of this Notice by reference.

5.	The United States, pursuant to Title 28 U.S.C. §§ 1346, 1441 and 1446(d), has the right, at its election and without bond, to remove said action from the District Court of Shawnee County, Kansas, to the United States District Court for the District of Kansas and does elect to remove said action.

WHEREFORE, the United States, respectfully submits notice that Case No. 03 C 755 pending in the District Court of Shawnee County, Kansas, is hereby removed from that court to the United States District Court for the District of Kansas.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney


 s/ D. Brad Bailey
D. BRAD BAILEY
Assistant United States Attorney
Ks. S.Ct. No.
Federal Building, Suite 290
444 SE Quincy
Topeka, KS  66683-3592
Telephone:  (785) 295-2850
Facsimile:  (785) 295-2853
E-mail:  brad.bailey@usdoj.gov
Attorneys for the United States